# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LOUIS JAMES BROWN III | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00773-ALM-AGD |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 4, 2026, the Report of the Magistrate Judge, (Dkt. #43), was entered containing proposed findings of fact and recommendation that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Dkt. #1), be denied as time-barred, and that the case be dismissed with prejudice.

Petitioner filed objections, (Dkt. #46), to the Report. The Court has conducted a de novo review of the objections and the portions of the Report to which Petitioner specifically objects, along with all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Dkt. #1), is **DENIED**, and that the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE